1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    ANGEL H. HERNANDEZ,                          CASE NO. 1:09-cv-00268-LJO-SMS PC

10                      Plaintiff,                ORDER REQUIRING DEPUTY COSTNER TO
                                                 SHOW CAUSE WHY DEFAULT SHOULD
11         v.                                    NOT BE ENTERED AGAINST HIM

12   CHRIS JORDAN, et al.,                       (Doc. 17)

13                      Defendants.              FIFTEEN-DAY DEADLINE

14                                               ORDER REQUIRING CLERK'S OFFICE TO
                                                 SEND COURTESY COPIES OF ORDER BY
15                                               MAIL TO DEPUTY COSTNER AND KINGS
                                                 COUNTY COUNSEL'S OFFICE
16   _____/

17

18       Plaintiff Angel H. Hernandez, a state prisoner proceeding pro se and in forma pauperis,

19   filed this civil action pursuant to 42 U.S.C. § 1983 and California law on February 11, 2009.

20   This action is proceeding on Plaintiff's amended complaint against Defendants Costner and Doe

21   1 for use of excessive force, in violation of the Fourteenth Amendment, and for negligence under

22   California law.  28 U.S.C. § 1915A.

23       On June 29, 2010, Senior Kings County Sheriff's Deputy Costner was personally served

24   with a summons and the amended complaint by the United States Marshal.  Fed. R. Civ. P. 4(a).

25   However, Deputy Costner failed to file a timely response to Plaintiff's amended complaint.  Fed.

26   R. Civ. P. 12(a).  If Deputy Costner fails to respond to this order within fifteen days, default will

27   be entered against him.  Fed. R. Civ. P. 55(a).

28   ///

1

Accordingly, it is HEREBY ORDERED that:

1.      Deputy Costner shall show cause why default should not be entered against him

within **fifteen (15) days** from the date of service of this order;

2.      The failure to comply with this order will result in the entry of default; and

3.      The Clerk's Office shall send courtesy copies of this order by mail to:

> Senior Kings County Sheriff's Deputy Costner
> Kings County Sheriff's Department
> 1444 W. Lacey Blvd.
> Hanford, CA 93230
>
> and
>
> Kings County Counsel's Office
> 1400 W. Lacey Blvd., Bldg. 4
> Hanford, CA 93230.

IT IS SO ORDERED.

**Dated:**   **December 8, 2010**                              **/s/ Sandra M. Snyder**
                                                                                       UNITED STATES MAGISTRATE JUDGE