# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL H. HERNANDEZ,<br><br>                   Plaintiff,<br><br>         v.<br><br>CHRIS JORDAN, et al.,<br><br>                   Defendants.<br>_____/ | CASE NO. 1:09-cv-00268-LJO-SMS PC<br><br>ORDER VACATING HEARING DATE PURSUANT TO LOCAL RULE 230(L)<br><br>(Doc. 19)<br><br>ORDER REQUIRING DEFENDANT TO FILE PROOF SERVICE WITHIN TEN DAYS, AND REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN THIRTY DAYS OF SERVICE<br><br>(Doc. 19) |

Plaintiff Angel H. Hernandez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 11, 2009. On December 16, 2010, Defendant Costner filed a motion to dismiss, noticed for January 18, 2011, before the Honorable Lawrence J. O'Neill. Pursuant to Local Rule 230(l), the motion shall be resolved without a hearing. Further, the motion lacks a proof of service, a deficiency which Defendant shall cure within ten days.

1. Pursuant to Local Rule 230(l), the hearing set for January 18, 2011, is vacated;
2. Defendant shall file a proof of service within **ten (10) days**;
3. Within **thirty (30) days** from the date of service of the motion, Plaintiff shall file an opposition or a statement of non-opposition; and

///

///

1

4. **The failure to oppose the motion may result in dismissal of this action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated:   December 17, 2010                     /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE