# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL H. HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS JORDAN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00268-LJO-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT'S MOTION TO DISMISS, AND REQUIRING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Docs. 19 and 37) |

Plaintiff Angel H. Hernandez is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2011, the Magistrate Judge addressed Defendant Costner's motion to dismiss and recommended that it be denied in its entirety. Objections were due within twenty days and neither party objected.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations, filed on June 28, 2011, in full;

2. Defendant Costner's motion to dismiss, filed on December 16, 2010, is DENIED; and

///

3. Defendant Costner shall file a response to Plaintiff's amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 25, 2011**                             /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE