# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL H. HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS JORDAN, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00268-LJO-SKO PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR RE-SERVICE OF DISCOVERY REQUESTS AND DIRECTING DEFENDANT TO RE-SERVE REQUESTS WITHIN TEN DAYS, AND GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO SERVE RESPONSES<br><br>(Doc. 45) |

Plaintiff Angel H. Hernandez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 11, 2009. On January 18, 2012, Plaintiff filed a motion seeking an extension of time to serve his responses to Defendant's interrogatories and requests for the production of documents. Plaintiff also states that the requests were misplaced by prison staff and he seeks re-service of the discovery requests.

Good cause having been shown, it is HEREBY ORDERED that:

1. Plaintiff's motion for re-service is GRANTED and Defendant is directed to re-serve his discovery requests within **ten (10) days** from the date of service of this order; and

2. Plaintiff is GRANTED an extension of **thirty (30) days** from the date of re-service of the discovery requests within which to serve his responses.

IT IS SO ORDERED.

**Dated:     January 23, 2012**              /s/ **Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

1