# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL H. HERNANDEZ, | CASE NO. 1:09-cv-00268-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE, AND RELIEVING DEFENDANT OF OBLIGATION TO FILE PRETRIAL STATEMENT |
| v. | |
| CHRIS JORDAN, et al., | |
| Defendants. | |
| | (Doc. 49) |
| | FIFTEEN-DAY DEADLINE |
| _____/ | |

Plaintiff Angel H. Hernandez, a former prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 11, 2009.  This action is set for jury trial on March 19, 2013, on Plaintiff's claims against Defendant Costner for use of excessive force, in violation of the Fourteenth Amendment, and for negligence under California law. Plaintiff's claims arise out of events which allegedly occurred at the Kings County Jail in Hanford, California in 2007.

Pursuant to the second scheduling order filed on July 16, 2012, Plaintiff's pretrial statement was due on or before November 5, 2012.  Plaintiff has not complied with the order and accordingly, it is HEREBY ORDERED that:

1.    Within **fifteen (15) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to obey a court order and failure to prosecute;

1

2.      Defendant is relieved of his obligation to file a pretrial statement pending resolution of this issue; and

3.      Plaintiff's failure to file a response to this order, or Plaintiff's failure to show good cause in a response, will result in the dismissal of this action, with prejudice.

IT IS SO ORDERED.

**Dated:    November 28, 2012** _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES DISTRICT JUDGE